UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. LEE, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03660-HSG<br><br>**ORDER DENYING AS MOOT THIRD MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 85 |

　　　　Plaintiff has filed a *pro se* civil rights action. Defendants have requested a third extension of time to file their dispositive motion to four weeks after the Court has ruled on Defendants' motion at Dkt. No. 79. Dkt. No. 85. The Court DENIES this request as moot. The Court *de facto* granted this request in its November 21, 2025 ruling on ECF No. 79. In ruling on Dkt. No. 79, the Court reset the briefing deadlines. The Court extended the deadline to depose inmate Winson to December 5, 2025, and extended the deadline to file dispositive motions to December 29, 2025. Dkt. No. 86. The current dispositive motion deadline is more than four weeks after the Court's November 21, 2025 ruling on Dkt. No. 79.

　　　　This order terminates Dkt. No. 85.

　　　　**IT IS SO ORDERED.**

Dated:　　12/3/2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge