UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. LEE, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03660-HSG<br><br>**ORDER GRANTING NUNC PRO TUNC EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION AND REQUEST FOR SANCTIONS;**<br><br>Re: Dkt. No. 92 |

Good cause being shown, the Court GRANTS *nunc pro tunc* (1) Defendants' request for an extension of time to file their opposition to Plaintiff's summary judgment motion and to Plaintiff's request for spoliation sanctions, Dkt. No. 92, and (2) Defendants' request to file a combined cross-motion and opposition that does not exceed 30 pages, Dkt. No. 93. Defendants' opposition to Plaintiff's summary judgment motion, Dkt. No. 95, and Plaintiff's request for spoliation sanctions, Dkt. No. 94, are deemed timely filed.

In light of Plaintiff's objection to Defendants' request for an extension of time (Dkt. No. 96), the Court resets the briefing schedule for Defendants' summary judgment motion as follows. Plaintiff shall file his opposition to Defendants' summary judgment motion by February 6, 2026, and Defendants shall file their reply in by February 20, 2026.

With respect to Plaintiff's summary judgment motion, the Court *sua sponte* GRANTS Plaintiff an extension of time to January 16, 2026 to file his reply.

//

//

//

//

1   This order terminates Dkt. Nos. 92, 93.

2   **IT IS SO ORDERED.**

3   Dated: 1/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge